# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 11, 2016

### NO. 03-15-00380-CV

**Michael Warren, Appellant**

**v.**

**Krystal Charlene Ulatoski, Appellee**

---

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

---

This is an appeal from the judgment signed by the trial court on July 20, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and renders judgment denying appellee's petition to modify the parent-child relationship. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.